AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the

United States of America
v.
CODY NOEL BEASLEY

Defendant

Case No. 2:22-mj-88

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CODY NOEL BEASLEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1344(2) Bank Fraud

Date: 2/11/2022

_____
Issuing officer's signature

City and state: Columbus, OH

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/11/2022, and the person was arrested on *(date)* 2/14/2022
at *(city and state)* Columbus, OH.

Date: 2/14/2022

_____
Arresting officer's signature

T.D. McCall   Postal Inspector
*Printed name and title*